THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT
 SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS
 PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Sergio McGowan, Appellant.
 
 
 

Appeal From Beaufort County
 Carmen T. Mullen, Circuit Court Judge

Unpublished Opinion No. 2008-UP-480
 Submitted August 1, 2008  Filed August
12, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Solicitor I. McDuffie  Stone, III, of Beaufort, for Respondent.
 
 
 

PER CURIAM:  Sergio
 McGowan appeals his guilty plea for armed robbery, two counts of kidnapping,
 and possession of a weapon during the commission of a violent crime.  The plea
 judge sentenced McGowan to five years for the possession, twelve years for
 kidnapping, and twelve years for the armed robbery.  McGowan argues the plea
 judge erred in accepting his guilty plea before advising him that he was
 waiving his right to a jury trial and that any verdict by a jury would have to
 be unanimous.  After a thorough review of the record and counsels
 brief pursuant
 to Anders v. California, 386 U.S. 738 (1967), we dismiss[1] McGowans appeal and grant counsels motion to be relieved.  
APPEAL
 DISMISSED.
KONDUROS,
 J., CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.